# EXHIBIT A

**COTTRELL SOLENSKY, P.A.**
George G. Campion 021751988
gcampion@cs-njnylawfirm.com
550 Broad Street, 10th Floor
Newark, New Jersey 07102
Tel: (973) 643-1400
Fax: (973) 643-1900
Attorneys for Plaintiff Aircraft Services Group, Inc.

| | |
|---|---|
| **AIRCRAFT SERVICES GROUP, INC.**, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**NATIONAL LIABILITY & FIRE INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY,** and **UNITED STATES AIRCRAFT INSURANCE GROUP,**<br><br>Defendants. | **SUPERIOR COURT OF NEW JERSEY**<br>**LAW DIVISION: BERGEN COUNTY**<br><br>DOCKET NO.<br><br>CIVIL ACTION<br><br>COMPLAINT |

Aircraft Services Group, Inc. says by way of complaint against Defendants National Liability & Fire Insurance Company, ACE American Insurance Company, Liberty Mutual Insurance Company, and United States Aircraft Insurance Group:

### THE PARTIES

1.  Aircraft Services Group, Inc., hereinafter ASG, is a New Jersey corporation located

1

at 401 Industrial Avenue, Teterboro, New Jersey, that is in the business of assisting customers purchase aircraft and managing and maintaining aircraft for its customers, including the purchase of insurance for the aircraft that it manages and maintains for its customers.

2. Defendant National Liability & Fire Insurance Company is an insurance company licensed by the New Jersey Department of Banking and Insurance to do business in New Jersey.

3. Defendant ACE American Insurance Company is an insurance company licensed by the New Jersey Department of Banking and Insurance to do business in New Jersey.

4. Defendant Liberty Mutual Insurance Company is an insurance company licensed by the New Jersey Department of Banking and Insurance to do business in New Jersey.

5. Defendant United States Aircraft Insurance Group (USAIG) is an entity that describes itself as "neither a single insurance company nor a corporation" and as "a pool of member firms, all highly rated property and casualty insurance and reinsurance companies."

## FACTS COMMON TO ALL COUNTS

### The Insurance Policy

6. ASG obtained an All-Clear Aircraft Management Policy, policy SIHL1-010R, from United States Aircraft Insurance Group for a three-year term starting on September 20, 2016.

7. The participating company schedule for policy SIHL1-010R states that ACE American Insurance Company has a 33.33 percent share of liability, Liberty Mutual Insurance Company has a 33.33 percent share of liability and National Liability & Fire Insurance Company has a 33.34 percent share of liability.

8. ASG has a contract to manage and maintain Gulfstream G200 N329PK, an aircraft owned by SPMK Flight Works, LLC.

9. Gulfstream G200 N329PK is insured under policy SIHL1-010R, pursuant to the

2

Insured Owner's Interest Endorsement to the policy.

### The Insurance Coverage for Damage to the Aircraft

10. The policy provides coverage physical damage to aircraft.

11. Section III says in part: "We will cover you against risk of physical loss of or damage to your aircraft while it's in flight and while it isn't in flight."

12. Section III(B)(3) covers damage for partial loss and states:

> **Partial loss – someone else makes repairs.** If your aircraft is damaged and the repairs are made by someone else, we will pay for the net cost to you of repairing your aircraft with material and parts of a similar kind and quality, less any deductible that applies. But we won't pay overtime.

13. Section III(Q) describes damage that the policy does not cover.

14. Section III(Q)(2) states in part:

> **Wear and tear.** We won't cover loss or damage to your aircraft caused by and confined to wear and tear, deterioration, freezing, mechanical or electrical breakdown or failure. Damage caused by breakdown, failure or malfunction of any engine component, accessory or part will be considered a mechanical breakdown of the entire engine and is not covered.
> . . .
> Damage to an engine caused by heat from its operation, attempted operation or shutdown will be considered wear and tear, and is not covered.

### The Damage and Repairs to the Insured Aircraft

15. Gulfstream G200 N329PK is a twin-engine business jet manufactured by Israel Aircraft Industries.

16. The engines for Gulfstream G200 N329PK are manufactured by Pratt & Whitney Canada.

17. The cowlings are part of the Gulfstream G200.

3

18. The Pratt & Whitney engines are attached to the cowlings of the Gulfstream G200.

19. Starter generators, located inside the cowlings, are part of the Gulfstream G200.

20. Starter generators start the engines and are to be shut down after the engine starts.

21. On May 28, 2107, the flight crew on Gulfstream G200 N329PK powered engine No. 2 to check the oil level in the engine.

22. The flight crew did not shut down the starter generator after the engine was powered.

23. The flight crew's failure to follow proper procedure and shut down the starter generator caused the starter generator to overheat.

24. The flight crew saw smoke coming from the starter generator intake and exhaust ducts and discharged a dry chemical extinguisher into the ports of the starter generator.

25. Because of the smoke coming out of engine No. 2, the engine had to be removed from the cowling of the Gulfstream G200 so that the engine could be inspected.

26. Until the engine was inspected and until Gulfstream G200 N329PK was determined to be airworthy, Gulfstream G200 N329PK could be returned to service.

27. Pratt & Whitney provided parts and services to repair the damage to Gulfstream G200 N329PK and provided invoices for those parts and services.

28. Gulfstream provided parts and services to repair the damage to Gulfstream G200 N329PK and provided invoices for those parts and services.

29. Pratt & Whitney prepared an engine/component disassembly/post detail report about the work it did.

30. The conclusion of the report said:

> 3.0. Conclusion:
> 3.1   The reason for removal has been confirmed. The customer reported that during a dry motor run, the starter was engaged for 10-

4

15 minutes. The starter then overheated and smoke was seen coming from the starter area. A fire extinguisher was discharged in the starter inlet of the external cowling. Evidence of a possible starter fire was found on the Fan Case. Due to the unknown exposure temperature and duration of the heat, the Fan Case will be replaced as a precaution.

3.2  An external wash as well as a fan and compressor wash will be carried out at test to ensure all evidence of fire extinguishing agent are removed.

3.3  The engine will be cleaned, inspected, repaired, assembled, and tested in accordance with the approved technical instructions.

### The Adjustment of the Claim for Damages

31. On May 31, 2017, the broker for ASG provided USAIG with notice of the claim for damage to Gulfstream G200 N329PK.

32. Policy SIHL1-010R provides coverage for physical damage to Gulfstream G200 N329PK.

33. ASG provided United States Aircraft Insurance Group with information about the claim for damages.

34. On February 1, 2018, John W. Watson, a senior vice president of United States Aircraft Insurance Group, wrote Andrew Reenstra, the president of ASG and said that United States Aircraft Insurance Group would pay $47,141.09 of the $179,819.55 costs to repair the Gulfstream G200.

35. In explaining the decision, Mr. Watson said, among other things:

> As described above, section Q.2 of the **Your Aircraft Physical Damage Coverage** of the policy, entitled "**Wear and tear,**" provides that there is no coverage for damage to an engine cause by heat from its operation or attempted operating as occurred here. This section specifically states that "Damage caused by a breakdown, failure or malfunction **of any engine component, accessory or part** will be considered mechanical breakdown of the entire engine and is not covered." Policy Q.2 (emphasis added). The starter generator is a "component, accessory or part" of the engine and thus, damage caused

5

by its failure or malfunction is considered breakdown of the entire engine and is not covered. Likewise, heat damage to the engine, as occurred here, is considered "Wear and tear" and also not covered.

Based on the above-referenced facts and Policy provisions, we determined that only a portion of the Starter Generator Claim was reimbursable under the Policy. Specifically, we concluded that the damages to the engine are not reimbursable but other items, e.g. the damages to the cowlings are. . . . The uncovered portions of the claims are those portions of the Pratt & Whitney and Gulfstream invoices that address the costs to repair the engine. The reimbursable portion is those portions of the invoices and that addresses the cost to clean the fire extinguisher material from the engine, the costs of the cowling repair and a portion of the travel time and related extra expenses incurred.

36. ASG disputed the adjustment of the claim.

37. On July 26, 2018, ASG submitted an internal appeal of the adjustment of the claim, pursuant to N.J.S.A. 17:29E-9, to ACE American Insurance Company, Liberty Mutual Insurance Company and National Liability & Fire Insurance Company.

38. On August 10, 2018, Christopher R. Bello of USAIG stated that each insurer conducted an internal review of the claim and concluded that the adjustment of the claim was proper.

## COUNT ONE

(Complaint for Declaratory Judgment, Pursuant To N.J.S.A. 2A:16-51 et seq.)

39. ASG repeats each of the previous allegations as if stated here in full.

40. A controversy exists between ASG and the insurers on policy SIHL1-010R, ACE American Insurance Company, Liberty Mutual Insurance Company and National Liability & Fire Insurance Company, about the adjustment of the claim for damage to G200 N329PK submitted by ASG to USAIG.

41. ASG contends that USAIG and the insurers, ACE American Insurance Company,

Liberty Mutual Insurance Company and National Liability & Fire Insurance Company, misconstrued the terms of policy SIHL1-010R by finding that the starter generator is a "component, accessory or part" of the engine and that damage caused by the fire of the starter generator is not covered by policy SIHL1-010R.

42. Policy SIHL1-010R does not contain a definition of the term "accessory."

43. The Federal Aviation Administration's Flight Standards Information Management System (FSIMS) defines an accessory as "an appliance, part, mechanism, equipment, or apparatus that is used or intended to be used in operating or controlling an aircraft in flight, is installed in or attached to the aircraft, and is not part of an airframe, aircraft engine, or propeller."

44. The starter generator is not an accessory, as defined is FSIMS, because it is not to operate after the engine is powered and is not "used in operating or controlling an aircraft in flight."

45. The starter generator is not an accessory, as defined is FSIMS, because it is a part of the airframe.

46. The Federal Aviation Administration regulation defining "appliance," 14 CFR 1.1, uses the word "accessory" as a synonym has the following definition:

> Appliance means any instrument, mechanism, equipment, part, apparatus, appurtenance, or *accessory*, including communications equipment, that is used or intended to be used in operating or controlling an aircraft in flight, is installed in or attached to the aircraft, and is not part of an airframe, engine, or propeller.

47. The starter generator is not an accessory, as the word accessory is used in 14 CFR 1.1, because it is not to operate after the engine is powered and is not "used in operating or controlling an aircraft in flight."

48. The starter generator is not an accessory, as the word accessory is used in 14 CFR 1.1, because it is a part of the airframe.

7

49. Despite the February 1, 2018, statement to ASG by John W. Watson of USAIG that "The starter generator is a "component, accessory or part" of the engine and thus, damage caused by its failure or malfunction is considered breakdown of the entire engine and is not covered," the Gulfstream G200 Illustrated Parts Catalog identifies the starter generator as a Gulfstream G200 part and the Gulfstream G200 Maintenance Manual states that the starter generator is a subsystem of the DC generation system of the Gulfstream G200.

50. In addition, when the repairs on G200 N329PK were being done in 2017, a Pratt & Whitney technician advised ASG that the starter generator is not a Pratt & Whitney part.

WHEREFORE, ASG respectfully requests that the Court enter judgment as follows:

a) Declaring that policy SIHL1-010R covers the entire claim for damages submitted by ASG to ACE American Insurance Company, Liberty Mutual Insurance Company and National Liability & Fire Insurance Company;

b) Awarding ASG costs and reasonable attorney's fees incurred in this action and

c) Awarding such other relief as the Court deems just and equitable.

## SECOND COUNT

(Breach of Contract)

51. ASG repeats each of the previous allegations as if stated here in full.

52. To the extent that ACE American Insurance Company, Liberty Mutual Insurance Company and National Liability & Fire Insurance Company, each acting through its agent, USAIG, have failed to provide the proper coverage for the damages to G200 N329PK, required by policy SIHL1-010R, that failure constitutes a breach of contract by ACE American Insurance Company, Liberty Mutual Insurance Company, National Liability & Fire Insurance Company and USAIG, which breach has caused damages to ASG.

WHEREFORE, ASG respectfully requests that the Court enter judgment as follows:

a) Awarding compensatory and punitive damages;

b) Awarding ASG costs and reasonable attorney's fees incurred in this action and

c) Awarding such other relief as the Court deems just and equitable.

## JURY DEMAND

Plaintiff ASG demands a trial by jury as to all issues triable by a jury.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Plaintiff ASG designates George G. Campion as trial counsel.

COTTRELL SOLENSKY, P.A.
Attorneys for Plaintiff Aircraft Services Group, Inc.

By: /s/ George G. Campion
George G. Campion, Esq.

DATED: 1/11/19

## R. 4:5-1(b)(2) CERTIFICATION

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

COTTRELL SOLENSKY, P.A.
Attorneys for Plaintiff Aircraft Services Group, Inc.

By: /s/ George G. Campion
George G. Campion, Esq.

DATED: 1/11/19

9

**Appendix XII-B1**



| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | PAYMENT TYPE: ☐CK ☐CG ☐CA<br>CHG/CK NO.<br>AMOUNT:<br>OVERPAYMENT:<br>BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| George G. Campion | (973) 643-1400 | Bergen |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Cottrell Solensky, P.A. | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 550 Broad Street, Suite 1000<br>Newark, NJ 07102 | Complaint |
| | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Aircraft Services Group, Inc., Plaintiff | Aircraft Services Group, Inc., v. National Liability & Fire Insurance Company, ACE American Insurance Company, Liberty Mutual Insurance Company and United States Aircraft Insurance Group |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 599 | ☐ YES ■ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ YES ■ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ■ UNKNOWN |
|---|---|

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ■ YES ☐ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ■ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES ■ NO |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Effective 10/10/2018, CN 10517                                                                      page 1 of 2

Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

### Track III - 450 days' discovery
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 289  REGLAN
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300  TALC-BASED BODY POWDERS
- 601  ASBESTOS
- 623  PROPECIA
- 624  STRYKER LFIT CoCr V40 FEMORAL HEADS
- 625  FIREFIGHTER HEARING LOSS LITIGATION
- 626  ABILIFY
- 627  PHYSIOMESH FLEXIBLE COMPOSITE MESH
- 628  TAXOTERE/DOCETAXEL
- 629  ZOSTAVAX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59

# Civil Case Information Statement

**Case Details: BERGEN | Civil Part Docket# L-000295-19**

**Case Caption:** AIRCRAFT SERVICES GR OUP, INC.  VS NATIONAL LIABI

**Case Initiation Date:** 01/11/2019

**Attorney Name:** GEORGE GERARD CAMPION

**Firm Name:** COTTRELL SOLENSKY, PA

**Address:** 550 BROAD ST STE 1000
NEWARK NJ 07102

**Phone:**

**Name of Party:** PLAINTIFF : Aircraft Services Group, Inc.

**Name of Defendant's Primary Insurance Company
(if known):** Unknown

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Business

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/11/2019
Dated

/s/ GEORGE GERARD CAMPION
Signed

# INTENTIONALLY BLANK
# [SEPARATOR PAGE]

# Case Summary

| | | |
|---|---|---|
| **Case Number:** BER L-000295-19 | | |
| **Case Caption:** Aircraft Services Gr Oup, Inc.  Vs National Liabi | | |
| **Court:** Civil Part | **Venue:** Bergen | **Case Initiation Date:** 01/11/2019 |
| **Case Type:** Contract/Commercial Transaction | **Case Status:** Active | **Jury Demand:** 6 Jurors |
| **Case Track:** 2 | **Judge:** Lisa Perez-Friscia | **Team:** 3 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** No |

## Plaintiffs

### Aircraft Services Group, Inc. AKA  Asg

| | | |
|---|---|---|
| **Party Description:** Corp | | **Attorney Name:** George Gerard Campion |
| **Address Line 1:** 401 Industrial Avenue | **Address Line 2:** | **Attorney Bar ID:** 021751988 |
| **City:** Teterboro  **State:** NJ | **Zip:** 07608 | **Phone:** (973) 864-6200 |
| **Attorney Email:** FILINGS@CS-NJNYLAWFIRM.COM | | |

## Defendants

### Ace American Insurance Co.

| | | |
|---|---|---|
| **Party Description:** Corp | | **Attorney Name:** |
| **Address Line 1:** 436 Walnut Street | **Address Line 2:** P.O. Box 1000 | **Attorney Bar ID:** |
| **City:** Philadelphia  **State:** PA | **Zip:** 19106 | **Phone:** |
| **Attorney Email:** | | |

### National Liability &Fire Ins.

| | | |
|---|---|---|
| **Party Description:** Corp | | **Attorney Name:** |
| **Address Line 1:** 1314 Douglas Street | **Address Line 2:** Suite 1400 | **Attorney Bar ID:** |
| **City:** Omaha  **State:** NE | **Zip:** 68102 | **Phone:** |
| **Attorney Email:** | | |

### United States Aircraft Ins Grp

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** 125 Broad Street | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** New York  **State:** NY | **Zip:** 10004 | **Phone:** (212) 952-0100 |
| **Attorney Email:** | | |

### Liberty Mutual Insurance Co.

| | | |
|---|---|---|
| **Party Description:** Corp | | **Attorney Name:** |
| **Address Line 1:** 175 Berkeley Street | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Boston  **State:** MA | **Zip:** 02116 | **Phone:** |
| **Attorney Email:** | | |

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 1/11/2019 | Complaint with Jury Demand for BER-L-000295-19 submitted by CAMPION, GEORGE GERARD, COTTRELL SOLENSKY, PA on behalf of AIRCRAFT SERVICES GROUP, INC. against NATIONAL LIABILITY & FIRE INS., ACE AMERICAN INSURANCE CO., LIBERTY MUTUAL INSURANCE CO., UNITED STATES AIRCRAFT INS GRP | LCV201975506 | 1/11/2019 |
| 1/12/2019 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV201977668 | 1/12/2019 |
| 1/14/2019 | CLERK NOTICE:  re: Complaint [LCV201975506] -Please be advised that ACMS has been updated to reflect DTC as indicated on the complaint. | LCV201980818 | 1/14/2019 |